IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DIBLASIO, | ) | No. C 13-2202 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| UNKNOWN, | ) ) | |
| Defendant. | ) ) | |

On May 14, 2013, Plaintiff, a California state prisoner, filed a letter with the Court, which initiated these proceedings. (Docket No. 1.) On June 14, 2013, Plaintiff filed a letter indicating that he does not wish to move forward with the filing of a lawsuit. (Docket No. 4.)

Plaintiff may voluntarily dismiss his complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, Plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is **DISMISSED**. The Clerk of the Court shall terminate all pending motions and deadlines and close the file. The Clerk is also directed to send an electronic copy of Plaintiff's original letter (Docket No. 1), and a copy of this order to the courtroom deputy of Judge Thelton Henderson.

IT IS SO ORDERED.

DATED: __7/3/13__

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\DiBlasio202VolDis.wpd